IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Edward Foley, :
          Petitioner :
  :
          v. : No. 1792 C.D. 2017
  :
Pennsylvania Board of Probation and :
Parole, :
          Respondent :

# **O R D E R**

AND NOW, this 19th day November, 2018, it is hereby ORDERED that the above-captioned opinion filed July 23, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge